**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                    CHAPTER 13

THOMAS E. MASTERS                      CASE NO. 8-07-BK-07659-CPM
Debtor(s)
_____/

**ORDER ON TRUSTEE'S MOTION TO**
**DISMISS FOR FAILURE TO ATTEND §341 MEETING OF**
**CREDITORS AND RESCHEDULING §341 MEETING OF CREDITORS**

      This matter came on for consideration, for the entry of an appropriate Order in the above styled Chapter 13 case, upon the Trustee's Motion To Dismiss For Failure to Attend §341 Meeting of Creditors and failure to provide at least seven **(7) days prior** to the §341 Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date and copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period before they filed. The Court having reviewed the motion and based upon the facts set forth above, it is

      ORDERED AND ADJUDGED as follows:

      1.     The Court Orders the Debtor to attend a rescheduled §341 Meeting of Creditors and failure to attend shall constitute a willful failure of the Debtor to abide by an Order of this Court.

      2.     The Court will reserve ruling on the Trustee's Motion To Dismiss, however, in the event the Debtor appears at the rescheduled §341 Meeting of Creditors, as herein provided, the Trustee's Motion shall be denied, by separate order.

      3.     The Debtor's §341 Meeting of Creditors shall be rescheduled to November 6, 2007 at 1:30 p.m., at Timberlake Annex, 501 East Polk Street, Suite 100B, Tampa, Florida.

4. In the event the Debtor fails to attend the rescheduled §341 Meeting of Creditors and fails to provide at least seven **(7) days prior** to the §341 Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date and copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period before they filed, the Trustee would submit to the Court an Order dismissing the above styled Chapter 13 case.

DONE AND ORDERED at Tampa, Florida on October 19, 2007.

Catherine Peek McEwen
United States Bankruptcy Judge

Copies to:

Thomas E. Masters, 3427 Midway, Ellenton, FL 34222
Grissim H. Walker, Esq., 537 10th Street West, Bradenton, FL 34205
Jon M. Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206
All Creditors as Listed on the Matrix

JMW/SLH/mi                                                    C13T  10/17/07