UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: CHAPTER 13

THOMAS E. MASTERS   CASE NO. 8-07-BK-07659-CPM
Debtor(s)
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION
CONCERNING CONFIRMATION OF THE PLAN**

TO: Clerk, United States Bankruptcy Court

1. The Debtor's Petition for Relief to Chapter 13 was filed on August 24, 2007.

2. <u>Trustee's Recommendation to the Court</u>. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

The Debtor failed to provide for two secured creditors to be paid through the Plan (Wells Fargo and Chase Auto). The Debtor's Plan does not provide for sufficient money to fund the Plan.

Dated this 8th day of April 2008

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, Florida 34206
Phone: (941) 747-4644
FAX:   (941) 750-9266

Copies:

Thomas E. Masters, 3427 Midway, Ellenton, FL 34222
Grissim H. Walker, Esq., 537 10th Street West, Bradenton, FL 34205

JMW/SLH/mi