UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Thomas E. Masters                                    Case No. 8:07-bk-07659-CPM
Debtor(s)
_____/

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE
TO MAKE PAYMENTS TO TRUSTEE**

   JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves to dismiss the above-styled Chapter 13 case, and in support thereof would state as follows:

   1.    As of May 5, 2008, the Debtor(s) are delinquent in payments ordered to be paid to the Chapter 13 Trustee to the extent of $1230.00, (representing 2 months delinquent) which sum is through and including the April 23, 2008 payment. To date the debtor(s) have made 6 out of 8 payments.

   2.    The Debtor's failure to make timely payments to the Chapter 13 Trustee is in violation of the terms of the Order Establishing Duties of the Debtor entered in this case and constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as willful failure of the Debtor(s) to abide by Orders of the Court and is an unreasonable delay that is prejudicial to creditors.

   WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

   I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss For Failure to Make Payments to Trustee was furnished, by U.S. Mail, to **Thomas E. Masters,  3427 Midway, , Ellenton, FL 34222**,     **and Grissim H. Walker, Esq., Consumer Law Center, PA, 537 10th Street West, Bradenton, FL 34205-,** on May 5, 2008.

                                                               /s/ Jon M. Waage
                                                               Jon M. Waage, TRUSTEE
                                                               Post Office Box 25001
                                                               Bradenton, Florida 34206-5001
                                                               Phone (941) 747-4644
                                                               Fax (941) 750-9266

JMW/kja