UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                         CHAPTER 13

Thomas E. Masters                                              Case No.  8:07-bk-07659-CPM
Debtor(s)
_____/

## ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE

THIS CASE came on consideration for the purpose of the entry of an appropriate order following the entry of an Order Reserving Ruling on Trustee's Motion to Dismiss for Failure to Make Payments and Granting Period to Cure Default on May 7, 2008 (the "Order"). By submission of this Order Dismissing the Chapter 13 case, the Trustee advises the Court that the Debtor[1] failed to comply with the Order, it is therefore

ORDERED, ADJUDGED AND DECREED as follows:

1.      The Motion to Dismiss is granted.

2.      This case is DISMISSED without prejudice.

3.      The Trustee shall deduct from all monies disbursed and to be returned to the Debtor his normal percentage thereof as necessary costs and expenses from sums collected pursuant to section 1326(a)(2) [2], together with any fee, charge, or amount required under 28 U.S.C. section 123.

4.      The Trustee shall disburse all Trust Fund monies held as adequate protection and for Administrative expenses, as provided for in this Court's Order Establishing Duties of Trustee and Debtor etc., to those secured creditors provided for in the Debtor's proposed Chapter 13 Plan ("Plan") and to administrative expense holders.

   a.   The Trustee shall disburse the Trust Fund monies to the secured creditors either in the total amount due or, if Trust Fund monies prove insufficient, pro rata.  These monies shall be paid pursuant to the creditor's proof of claim or, if a claim was not previously filed, pursuant to the terms of the Plan.

   b.   Pursuant to section 330(a)(4)(B), the Court allows as reasonable compensation to Debtor's counsel ("Counsel"), Grissim H. Walker, Esquire, (to include all costs other than the filing fee) for representing the interests of the Debtor in connection with this Chapter 13 case the amount of $1500.00 ("Total Fee") which, after crediting the amount of the retainer of $0.00 ("Retainer"), the sum of $1500.00 shall be paid in full, without interest by the Trustee to Counsel. If sufficient funds are not available to pay both the adequate protection payments and satisfy the unpaid balance of the Total Fee, the sum of $100.00 shall be paid by the Trustee to counsel from adequate protection Trust Fund monies pro rata.

---

[1] All references to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

[2] All statutory references are to the Bankruptcy Code, Title 11 of the United States Code, unless otherwise noted.

5.  The Trustee shall return to the Debtor any monies not previously disbursed and file his final report, upon which filing, he will be discharged of his duties as Trustee.

6.  **The effective date of this order is delayed ten (10) days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code if the Debtor wishes to do so.**

7.  All pending hearings are canceled, except for any Order to Show Cause hearings the Court has set.

DONE AND ORDERED on June 5, 2008.

*Catherine M<sup>c</sup>Ewen*

Catherine Peek McEwen
United States Bankruptcy Judge

Copies to:

Thomas E. Masters, 3427 Midway, Ellenton, FL. 34222
Grissim H. Walker, Esq., 537 10th St. W., Bradenton, FL. 34205
Jon M. Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206
All Creditors as Listed on Matrix

JMW/kja                                             C13T  6/4/08

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-8          User: fhayne              Page 1 of 1               Date Rcvd: Jun 05, 2008
Case: 07-07659                Form ID: pdfdoc           Total Served: 20
```

```
The following entities were served by first class mail on Jun 07, 2008.
db             Thomas E Masters,    3427 Midway,    Ellenton, FL  34222
cr             WELLS FARGO HOME MORTGAGE,    401 West 24th Street,    National City, CA  91950
13767672      +Andrew Stephens,    107 Church Street, Ste 107,    Lexington, KY 40507-1187
13767673      +Chase,    PO Box 15659,    Wilmington, DE 19886-5659
13767674       Chase Auto Finance,    PO Box 9001800,    Louisville, KY  40290-1800
13767675      +Clyde L Stapleton, Master Commissioner,    Fayette Circuit Court,    201 E Main St, #1101,
                Lexington, KY 40507-2003
13773144       Department of Revenue,    PO Box 6668,    Tallahassee FL 32314-6668
13854728       JP MORGAN CHASE BANK/BANKONE,    201 N CENTRAL AVE,    AZ1-1191, 11TH FLOOR,    PHOENIX, AZ 85004
13767676       Juniper Bank,    Post Office Box 13337,    Philadelphia, PA  19101-3337
13767677      +Providian,    PO Box 660433,    Dallas, TX 75266-0433
13767678      +Quail Run Home Owners Assn,    c/o Don Rose, Esquire,    Miller, Griffin & Marks, PSC,
                271 W Short St,    Lexington, KY 40507-1292
13951912      +Quail Run Townhouses Association, Inc.,    c/o Law Offices of Kevin P. O'Brien, PA,
                Attn: Kevin P. O'Brien,    805 West Azeele Street,    Tampa, FL 33606-2209
13767679      +Sears,    Post Office Box 3005,    Longhorne, PA 19047-9105
13975679      +TRI-CAP INVESTMENT PARTNERS, LLC,    RICHARD J. BOUDREAU & ASSOCIATES, LLC,    5 INDUSTRIAL WAY,
                SALEM, NH 03079-4866
13767682      +Wells Fargo Home Mortgage,    Post Office Box 14411,    Des Moines, IA 50306-3411
13799727      +Wells Fargo Home Mortgage,    1 Home Campus,    MAC X2302-04c,    Des Moines, IA 50328-0001
The following entities were served by electronic transmission on Jun 06, 2008.
14010275       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13805280       E-mail/PDF: susanp@taxcollector.com Jun 06 2008 05:42:56
                Susan D. Profant, CFCA, CLA, Paralegal,    Ken Burton, Jr.,    Manatee County Tax Collector,
                P. O. Box 25300,    Bradenton, FL  34206-5300
13767681      +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov                              US Trustee,
                501 East Polk St, Ste 1200,    Tampa, FL 33602-3945
13773143      +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov                              United States Trustee,
                Timberlake Annex Suite 1200,    501 E Polk Street,    Tampa FL 33602-3949
                                                                                                 TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 07, 2008**                **Signature:** _Joseph Speetjens_